NO. 07-09-0002-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 11, 2009

______________________________


DAVID BALLARD, ET AL., APPELLANTS

V.

DENNIS LEE HOLT, ET. AL., APPELLEES

_________________________________

FROM THE 31ST DISTRICT COURT OF WHEELER COUNTY;

NO. 12,012; HONORABLE STEVE EMMERT, JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
MEMORANDUM OPINION
          Pending before this Court are two motions to dismiss this purported appeal filed by
both Appellants and Appellees in which they maintain that Appellants failed to timely invoke
the jurisdiction of this Court. We grant Appellant’s motion and dismiss the appeal. Tex.
R. App. P. 42.1(a)(1). Appellee’s motion is rendered moot. 
          Having dismissed the appeal at the request of Appellants, no opinion having been
rendered, no motion for rehearing will be entertained, and our mandate will issue forthwith.


                                                                           Patrick A. Pirtle

                                                                                 Justice




Do not publish.